United States District Court

Eastern District of California

George Johnson,

     Plaintiff,

vs.

Joseph Sherman, et al.,

     Defendants.

No. Civ. S 04-2255 LKK PAN P

Order

-oOo-

    Plaintiff is a state prisoner suing prison officials in a civil rights action.

    Plaintiff claims defendants in 2004 violated his right to freely exercise his Rastafarian religion by placing him in administrative segregation and forcing him to submit to tuberculosis (TB) mantoux skin tests, even though plaintiff was willing to take other tests such as a chest x-ray or sputa smear. Plaintiff seeks damages and a declaration there is a religious exemption to mandatory TB skin tests for prisoners.

April 13, 2005, the court approved service on defendants Sherman, Lea and Flint and dismissed claims against Stratton, O'Brian, Woodford, Grannis and Knowles with leave to amend.  The court forwarded to plaintiff materials for service of Sherman, Lea and Flint.

Plaintiff moved March 7, 2005, and April 25, 2005, for temporary restraining orders, stating he soon will be subjected to further forced TB skin tests and seeking an order prohibiting this.  The motions lack proofs of service and it does not appear they were served.

This court may grant a temporary restraining order without written or oral notice to the opposing party or the opposing party's attorney "only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that the applicant will suffer immediate and irreparable injury, loss, or damage before defendant can be heard in opposition, and (2) the applicant submits a written certification of the efforts, if any, he has made to give notice and the reasons supporting his claim that notice should not be required."  Fed. R. Civ. P. 65(b).  Plaintiff has not submitted a written certification of his efforts, if any, he has made to notify defendants of his request or his reasons in support of a claim notice should not be required.

Accordingly, the court hereby orders that plaintiff shall, within 10 days, comply with Fed. R. Civ. P. 65(b).  Otherwise his

1 motions for temporary restraining orders will be denied without
2 prejudice.
3     Dated:  May 10, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge