United States District Court

Eastern District of California

George Johnson,

    Plaintiff,                    No. Civ. S 04-2255 LKK PAN P

  vs.                         Findings and Recommendations

Joseph Sherman, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

    April 13, 2005, the court dismissed plaintiff's claims against defendants Stratton, O'Brian, Woodford, Grannis and Knowles pursuant to 28 U.S.C. § 1915A, with leave to amend.  The court informed plaintiff he could proceed against defendants Sherman, Lea and Flint by submitting materials for service within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants

1 Stratton, O'Brian, Woodford, Grannis and Knowles without leave to
2 amend.
3      January 12, 2006, plaintiff submitted materials for service
4 of defendants Sherman, Lea and Flint.  I find plaintiff has
5 consented to dismissal of claims against defendants Stratton,
6 O'Brian, Woodford, Grannis and Knowles without leave to amend.
7      Accordingly, the court hereby recommends that claims against
8 defendants Stratton, O'Brian, Woodford, Grannis and Knowles be
9 dismissed without prejudice.
10      Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
11 findings and recommendations are submitted to the United States
12 District Judge assigned to this case.  Written objections may be
13 filed within 20 days of service of these findings and
14 recommendations.  The document should be captioned "Objections to
15 Magistrate Judge's Findings and Recommendations."  The district
16 judge may accept, reject, or modify these findings and
17 recommendations in whole or in part.
18      Dated:  January 19, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge