IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

      Plaintiff,                        No. CIV S-04-2255 LKK PAN P

      vs.

JOSEPH SHERMAN, et al.,

      Defendants.               ORDER

_____/

      Defendants have requested an extension of time to file a response to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' March 23, 2006 request for an extension of time is granted; and

      2. Defendants shall file a responsive pleading on or before May 1, 2006.

DATED: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

12
john2255.36