IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**GEORGE JOHNSON,**

Plaintiff,

v.

**JOSEPH SHERMAN, et al.,**

Defendants.

No. 2:04-cv-2255 LKK PAN P

**ORDER**

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 4, 2006, plaintiff filed a motion for a temporary restraining order and/or preliminary injunction.  Good cause appearing, defendants will be directed to file a response to plaintiff's motion.

On June 30, 2006, defendant Flint filed a request for an extension of time to serve responses to plaintiff's First Set of Interrogatories.  Good cause appearing, the request will be granted.

In accordance with the above, **IT IS HEREBY ORDERED**:

1.  Within fifteen days from the date of this order defendants shall file and serve a response to plaintiff's May 4, 2006 motion for injunctive relief.  Plaintiff's reply, if any, shall be filed and served not later than ten days thereafter.

1          2.  Defendant Flint's June 30, 2006 request for extension of time is granted.  Defendant

2   Flint is granted an extension of time, to and including July 14, 2006, to complete and serve

3   responses to Plaintiff's First Set of Interrogatories.

4   DATED: July 18, 2006.

5

6                                                UNITED STATES MAGISTRATE JUDGE

7

8   /john2255.ext

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28