IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GEORGE JOHNSON,** | Case No. 2:04-cv-2255 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **JOSEPH SHERMAN, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found, IT IS HEREBY ORDERED that the deadline for both parties to file a dispositive motion is extended to November 10, 2006.

Dated: November 1, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE