IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

        Plaintiff,                      No. CIV S-04-2255 LKK EFB P

    vs.

JOSEPH SHERMAN, et al.,

        Defendants.         <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983.

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel is therefore denied.

/////

1

1  Plaintiff requests an extension of time to file and serve his motion for summary
2  judgment. *See* Fed. R. Civ. P. 6(b). Good cause appearing, plaintiff's request is granted.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Plaintiff's November 14, 2006, request for the appointment of counsel is denied.
5  2. Plaintiff's November 14, 2006 request for an extension of time is granted and plaintiff
6  has 30 days from the date this order is served to file and serve his motion for summary judgment.
7  DATED: December 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2