IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GEORGE JOHNSON,** | Case No. 2:04-cv-2255 LKK EFB P |
| Plaintiff, | **ORDER VACATING PRETRIAL DATES** |
| v. | |
| **JOSEPH SHERMAN, et al.,** | |
| Defendants. | |

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the May 31, 2006, schedule, plaintiff's pretrial statement is due January 19, 2007; defendants' pretrial statement is due February 2, 2007; the pretrial conference is set for February 9, 2007; and the trial is set for May 1, 2007.  However, defendants' motion for summary judgment is pending which may either dispose of the case or narrow the issues for trial.

    Accordingly, IT IS ORDERED that the pretrial dates are vacated pending a decision on defendants' motion for summary judgment.  These dates will be rescheduled, if necessary, after a decision is made on the motion for summary judgment.  *See* Fed. R. Civ. P. 16(b).

Dated:  January 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE