1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE JOHNSON,

11            Plaintiff,                    No. CIV S-04-2255 LKK EFB P

12      vs.

13   JOSEPH SHERMAN, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights

17   action pursuant to 42 U.S.C. § 1983.  On May 4, 2006, plaintiff filed a motion for a preliminary

18   injunction barring California Department of Corrections and Rehabilitation staff from subjecting

19   him to tuberculin skin tests.  By order filed July 19, 2006, the court ordered defendants to file a

20   response to plaintiff's motion, and on August 3, 2006, defendants filed an opposition with

21   attached exhibits.

22        Defendants' Exhibit A is a declaration of A. Traquina, Chief Medical Officer at

23   California State Prison, Solano.  In statement number 5 of his declaration, Doctor Traquina

24   claims that "[a] tuberculosis skin test is only [sic] test available to discover latent tuberculosis."

25   The declaration does not further explain the statement nor state the basis for the conclusion.

26   ////

1

Specifically it does not state whether it is the only medically accepted test available, or whether there are other alternative tests available generally but not available to the prison for some unspecified reason.  Without this information, the court cannot properly evaluate the reliability of defendants' assertion that plaintiff's beliefs cannot be reasonably accommodated.  The court hereby orders defendants to submit a supplemental declaration and brief that clarifies and explains the statement.  Defendants should refer to and, if appropriate, address the following sources, among others, regarding the QuantiFERON blood test for latent tuberculosis screening:

1.     Centers for Disease Control,

       http://www.cdc.gov/nchstp/tb/pubs/tbfactsheets/250103.htm;

2.     Mazurek, G.H.; LoBue, P.A.; Daley, C.L.; et al. *Comparison of a Whole-Blood Interferon Assay With Tuberculin Skin Testing for Detecting Latent Mycobacterium Tuberculosis Infection*. Journal of the American Medical Association 2001; 286: 1740-1747.

       Accordingly, it is ORDERED that defendants are directed to file, within ten days of the date of this order, a supplemental declaration and brief clarifying and expanding on Dr. Traquina's declaration, statement number 5, regarding the availability of any medically accepted alternative tests.

Dated: February 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE