IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

    Plaintiff,                 No. CIV S-04-2255 LKK EFB P

    vs.

JOSEPH SHERMAN, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff requests an extension of time to file and serve an opposition to defendants' November 9, 2006, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's January 12, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' November 9, 2006, motion for summary judgment.

        So ordered.

Dated: February 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE