IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GEORGE JOHNSON,** | 2:04-cv-2255 LKK EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF** |
| v. | |
| **JOSEPH SHERMAN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2007, defendants filed a request for an extension of time in which to file a reply brief in defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED: Defendants may serve and file their reply brief eight days after plaintiff files his amended opposition brief. In the event that plaintiff does not file an amended opposition, defendants' reply will be due on or before March 26, 2007.

Dated: March 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE