IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

    Plaintiff,                           No. CIV S-04-2255 LKK EFB P

    vs.

JOSEPH SHERMAN, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Plaintiff has requested extensions of time to file and serve an opposition to defendants' November 9, 2006, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's January 12, 2007, motion was granted by an order filed February 22, 2007. Plaintiff's January 31, 2007, motion for an extension of time is therefore moot, and his February 22, 2007, opposition to defendants' motion for summary judgment is deemed timely filed.

    So ordered.

Dated: March 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE