IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

        Plaintiff,                      No. CIV S-04-2255 LKK EFB P

    vs.

JOSEPH SHERMAN, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

        Plaintiff has requested a second extension of time to file and serve an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 9, 2007, motion for appointment of counsel is denied; and

2. Plaintiff's July 9, 2007, motion is granted and plaintiff has 20 days from the date this order is served to file and serve his opposition to defendants motion for summary judgment. The court does not intend to grant additional requests for extensions of time.

DATED: July 30, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE